IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR UKADIKE EZEIBE, | : | |
|     Plaintiff | : | No. 1:19-cv-00189 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| CITY OF YORK and | : | |
| JOHN DOES and JANE DOES, | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 27th day of November 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** the motion to dismiss filed by Defendant City of York ("Defendant City") (Doc. No. 8) is **GRANTED** as follows:

a. Plaintiff's 42 U.S.C. § 1983 claim against Defendant City (Count I) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint, within thirty (30) days of the date of this Order, that corrects the pleading deficiencies identified in the Memorandum issued concurrently with this Order;

b. Plaintiff's state law claims for false arrest (Count II), invasion of privacy (Count III), and civil conspiracy (Count IV) against Defendant City are **DISMISSED WITH PREJUDICE**; and

c. Plaintiff's 42 U.S.C. § 1985 claim against Defendant City (Count V) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint, within thirty (30) days of the date of this Order, that corrects the pleading deficiencies identified in the Memorandum issued concurrently with this Order.

                                                                                        s/ Yvette Kane
                                                                                        Yvette Kane, District Judge
                                                                                        United States District Court
                                                                                        Middle District of Pennsylvania