UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR UKADIKE EZEIBE,** | ) |
| | ) |
| **Plaintiff** | ) CIVIL CASE NO. 1:19-cv 0189 |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| **CITY OF YORK** | ) Hon. Yvette Kane |
| and | ) |
| **JOHN DOES and JANE DOES,** | ) |
| | ) |
| **Defendants** | ) |

**CERTIFICATE OF SERVICE**

I, Leticia Chavez-Freed, hereby certify that on December 11, 2019, I filed Plaintiff's Motion to Amend the Complaint, supporting brief, amended complaints, proposed order and certifications on the Court's CM/ECF system; accordingly, service was made upon the following Counsel for Defendant City of York:

Leticia J. Santiago, Esq.
P.O. Box 2903
Blue Bell, Pennsylvania 19422
ljsantia@travelers.com
Ph: (215) 274-1724
Fax: (215) 274-1735

Donald B. Hoyt, Esq.
Assistant City Solicitor
101 S. George Street
York, Pennsylvania 17401
dhoyt@blakeyyost.com
Ph: (717) 849-2250
Fax: (717) 812-0557

/s/ Leticia C. Chavez-Freed, Esq.
*Attorney for Plaintiff Victor U. Ezeibe*

Date:  December 11, 2019