## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR UKADIKE EZEIBE,** | : | |
| **Plaintiff** | : | **No. 1:19-cv-00189** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **CITY OF YORK and** | : | |
| **JOHN DOES and JANE DOES,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 21st day of April 2020, in accordance with the Memorandum issued

concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant City of York ("Defendant City")'s motion to dismiss Plaintiff's first amended complaint (Doc. No. 25) is **GRANTED** and Plaintiff's claims against Defendant City (Counts I-III) are **DISMISSED WITH PREJUDICE**;

2. The Clerk of Court is directed to **TERMINATE** Defendant City from the caption of this case;

3. Plaintiff's claims for conspiracy in violation of 42 U.S.C. § 1985 and failure to prevent conspiracy in violation of 42 U.S.C. §1986 (Count IV) against the John Does/Jane Does (the "Individual Defendants") are **DISMISSED WITH PREJUDICE**;

4. Plaintiff is directed to provide, within thirty (30) days of the date of this Order, names and addresses for the Individual Defendants to this Court; and

5. If Plaintiff fails to respond to this Order, this action may be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania