IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR UKADIKE EZEIBE, | : | |
| Plaintiff | : | No. 1:19-cv-00189 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| COREY CHIVERS, CHRISTOPHER THOMPSON, DON DAVIS, SHELDON HOOPER, and JOHN REISENWEBER, | : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 6th day of December 2021, in accordance with the telephone conference held on December 3, 2021 and the parties' subsequent communications with the Court, **IT IS ORDERED THAT** a hearing on Defendants' Motion to Preclude the Expert Report and Opinion of John G. Peters, Jr. (Doc. No. 61) will be held on January 11, 2022 at 11:00 a.m. eastern standard time. **IT IS FURTHER ORDERED THAT** the hearing will be conducted via ZOOM, and the technical details associated with the hearing will be provided to the parties by the Court's Deputy Clerk in advance of the hearing date.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania