# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VICTOR EZEIBE,

    PLAINTIFF

    v.

COREY CHIVERS,
CHRISTOPHER THOMPSON,
DON DAVIS, SHELDON HOOPER,
and JOHN REISENWEBER,

    DEFENDANTS

C.A. No.  1:19-cv-00189-YK

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Alexandria Lappas, Esquire on behalf of the Plaintiff in the above-captioned case. Leticia Chavez-Freed, Esquire continues to represent the Plaintiff.

Date: March 25, 2022

Respectfully submitted,

/s/ Alexandria J. Lappas
ALEXANDRIA J. LAPPAS, ESQUIRE
Pennsylvania Identification No. 319331